UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Sharon K. Allen,<br><br>               Plaintiff,<br><br>v.<br><br>Jo Anne B. Barnhart, Commissioner<br>of Social Security,<br><br>               Defendant. | C/A No. 8:04-1605-GRA-BHH<br><br><br>ORDER<br>[Written Opinion] |

      This matter is before the Court for a review of the magistrate's Report and Recommendation made in accordance with 28 U.S.C. § 636 and Local Rule 73.02(B)(2)(a), D.S.C., and filed April 11, 2005. Plaintiff brought this action pursuant to 42 U.S.C. §§ 405(g) to obtain judicial review of a final decision of the Commissioner of Social Security denying her claims for disability insurance benefits. The magistrate recommends reversing the Commissioner's decision and directing the Commissioner to award appropriate benefits to the plaintiff.

      The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and responsibility for making a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is also charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. §636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate with

instructions." *Id*.  No objections have been filed.

After a review of the magistrate's Report and Recommendation, this Court finds that the report is based upon the proper law, and substantial evidence supports the magistrate's findings and conclusions.  Accordingly, this Court accepts and adopts the Report and Recommendation in its entirety.

IT IS THEREFORE ORDERED that the Commissioner's decision denying benefits be REVERSED.

IT IS FURTHER ORDERED that the Commissioner award appropriate benefits to Plaintiff.

IT IS SO ORDERED.

/s/G. Ross Anderson, Jr.
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina
May 6, 2005.