UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Sharon K. Allen,<br><br>                    Plaintiff,<br><br>     v.<br><br>Jo Anne Barnhart,<br>Commissioner of Social Security,<br><br>                    Defendant. | C/A No. 8:04-1605-GRA-BHH<br><br>ORDER<br><br>[Written Opinion] |

Plaintiff's attorney petitions this Court for an award of attorney's fees in the above-captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Plaintiff's attorney seeks $2,876.59 in attorney's fees. The government has filed a response without objection to an award of attorney's fees in that amount.

After a review of the record and Plaintiff's attorney's petition, this Court finds that an award of attorney's fees in the amount requested is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's attorney, John W. Bledsoe, be awarded two thousand eight-hundred seventy-six dollars and fifty-nine cents ($2,876.59) pursuant to the the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

IT IS SO ORDERED

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

July 18, 2005.

1